IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01816-DME-MJW

ANASA KAJUNJU.

       Plaintiff,

v.

IMAGINE! INNOVATIVE RESOURCES FOR COGNITIVE AND PHYSICAL
CHALLENGES, a body corporate;
JOHN TAYLOR;
MARIANNE NICK;
RICARDO HOSKINS;
NICOLE TRUITE;
DEPARTMENT OF HUMAN SERVICES, DIVISION FOR DEVELOPMENTAL
DISABILITIES;
AMY HAIGHT; and
COLORADO DEPARTMENT OF HEALTH CARE POLICY & FINANCING,

       Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

       The Plaintiff, having satisfactorily responded to the Court's previous Order to Show Cause dated October 7, 2009, and having filed sufficient funds to cover filing fees in this Court,

       IT IS HEREBY ORDERED that that the Court's previous Order dated October 7, 2009, is hereby vacated.

       DATED: October 23, 2009

                                                 BY THE COURT:

                                                 *s/ David M. Ebel*

                                                 _____

                                                 David M. Ebel
                                                 United States Circuit Judge